IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JORINDAL Q. PARKS,            )
                              )
          Petitioner,         )
                              )
     v.                       )    1:25-cv-398
                              )
LESLIE DISMUKES,              )
                              )
          Respondent.         )
```

### ORDER

On July 7, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Petitioner pursuant to 28 U.S.C. § 636. (Docs. 5, 6.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 5), is **ADOPTED. IT IS FURTHER ORDERED** that this action is construed as a habeas petition under 28 U.S.C. § 2254 and is **DISMISSED WITHOUT PREJUDICE** to Petitioner filing a new petition which corrects the defects of the current Petition. The new petition must be accompanied by either the five-dollar filing fee or a current application to proceed in forma pauperis.

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 29th day of October, 2025.

                                    /s/ William L. Osteen, Jr.
                                    United States District Judge